## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DIRECTV, INC., a California Corporation, ) | Civil No. 4:04-22188-DCN |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Calvin Motes, ) | |
| Defendant. ) | |
| _____ ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that this court enter an order finding the defendant Calvin Motes in default, awarding plaintiff judgment in the amount of $51,266.18 and permanently enjoining the defendant from committing or assisting in the commission of any violation of 18 U.S.C. § 2511 and § 2520.

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984 ).[1]   No objections have been filed to the magistrate judge's report and

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's

recommendation.

A <u>de novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation is **affirmed**; the court finds the defendant Calvin Motes is in default and awards the plaintiff judgment in the amount of $51,266.18, and permanently enjoins the defendant from committing or assisting in the commission of any violation of 18 U.S.C. § 2511 and § 2520.

**AND IT IS SO ORDERED.**

 s/David C. Norton
David C. Norton
United States District Judge

Charleston, South Carolina
May 18, 2005

***NOTICE OF RIGHT TO APPEAL***

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

report before such a procedural default will result in waiver of the right to appeal. The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" <u>Id.</u> at 846. Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.